**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


Wilson Cardona Cardona
    Petitioner

              CIVIL ACTION

    V.

              NO.  1:26-cv-11913-ADB


Antone Moniz et al
    Respondents


**JUDGMENT**


Burroughs, D. J.


      In accordance with the Court's Electronic Order dated May 8, 2026, (ECF No. 8) allowing Petitioner Alberto Jose Tenemaza Guaman's petition for writ of habeas corpus under 28 U.S.C. § 2241, it is hereby ORDERED that judgment is entered in favor of Petitioner.


              By the Court,


May 8, 2026              /s/Caetlin McManus
    Date                    Deputy Clerk